THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES REITH, Respondent, *v.* NICHOLAS J. HAYES, as Commissioner of the Fire Department of the City of New York, Appellant.

*People ex rel. Reith* v. *Hayes,* 127 App. Div. 6, affirmed.
(Argued September 29, 1908; decided October 20, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 5, 1908, which annulled on certiorari a determination of the defendant dismissing the relator from the fire department of the city of New York and restored said relator to his former position, with back pay and interest thereon.

*Francis K. Pendleton, Corporation Counsel (James D. Bell* of counsel), for appellant.

*Jacob Rouss* and *Louis J. Grant* for respondent.

Order affirmed, with costs; no opinion.

Concur: EDWARD T. BARTLETT, HAIGHT, WERNER, HISCOCK and CHASE, JJ. Dissent, as to allowance of interest: CULLEN, Ch. J., and VANN, J.